IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JULIE BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIDGEWAY PHARMACY, LTD.,<br><br>Defendant. | CV 26-154-M-KLD<br><br>ORDER |

Plaintiff Julie Berry has moved for an order allowing John J. Nelson to appear *pro hac vice* in this case with John Heenan designated as local counsel. (Doc. 3) The application of Mr. Nelson appears to be in compliance with L.R. 83.1(d). Accordingly,

**IT IS ORDERED:**

Plaintiff's motion to allow John J. Nelson to appear in this Court (Doc. 3) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Nelson must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Mr. Nelson, not the law firm he works for;

4. Mr. Nelson shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Nelson must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 6th day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge